

# Fourth Court of Appeals
## San Antonio, Texas

August 3, 2020

No. 04-20-00134-CV

**H.L. ZUMWALT CONSTRUCTION, INC.**,
Appellant

v.

**ROAD REPAIR, LLC,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVQ002791D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

The Appellee's Motion for Extension of Time is hereby GRANTED. Time is extended to August 20, 2020.

It is so **ORDERED** on August 3, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court